**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 02-7812**

─────────

JOHN PAUL TURNER,

                              Plaintiff - Appellant,

        versus

APPEAL ADMINISTRATIVE PROCESS,

                              Defendant - Appellee.

─────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District Judge.  (MISC-02-47, CR-95-946)

─────────

Submitted:  January 24, 2003      Decided:  February 10, 2003

─────────

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

─────────

Dismissed by unpublished per curiam opinion.

─────────

John Paul Turner, Appellant Pro Se.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Paul Turner appeals the district court's order denying his motion for leave to proceed in forma pauperis. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss on the reasoning of the district court. See Turner v. Appeal Admin. Process, Nos. CR-95-946; MISC-02-47 (W.D. Va. Nov. 12, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED